# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:10-CR-93-1BO

DARYALL ANDRE HAGANS

On August 17, 2010, the above named was placed on a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/Bentley H. Massey  
> Bentley H. Massey  
> Sr. U.S. Probation Officer  
> 310 New Bern Avenue, Room 610  
> Raleigh, NC 27601-1441  
> Phone: 919-861-8815  
> Executed On: September 29, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____ day of September, 2016.

Terrence W. Boyle  
U.S. District Judge